**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>VIEW, INC.,<br><br>Debtor. | Case No. 24-10692<br><br>Chapter 11<br><br>Tax I.D. No. 84-3235065<br>**Re: Docket No. 2** |
| In re:<br><br>VIEW OPERATING CORPORATION,<br><br>Debtor. | Case No. 24-10693<br><br>Chapter 11<br><br>Tax I.D. No. 30-0414899<br>**Re: Docket No. 3** |
| In re:<br><br>IOTIUM, INC.,<br><br>Debtor. | Case No. 24-10694<br><br>Chapter 11<br><br>Tax I.D. No. 47-3704600<br>**Re: Docket No. 3** |

**ORDER (I) DIRECTING JOINT ADMINISTRATION OF CASES AND
(II) WAIVING CERTAIN REQUIREMENTS OF BANKRUPTCY RULE 2002(n)**

Upon the motion (the "Motion")[1] of the Debtors for an order (this "Order") (i) directing joint administration of the Chapter 11 Cases and administratively consolidating the respective case of each Debtor for procedural purposes only, and (ii) waiving the requirement that notices provided in the Chapter 11 Cases strictly comply with Bankruptcy Rule 2002(n) and implementing a simplified caption to be used in all case pleadings, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and the United States District Court for the District of Delaware having jurisdiction to consider this Motion under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157, and the *Amended Standing Order of Reference*

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such terms in the Motion.

46025040

from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and that no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor; it is HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. Each of the above-captioned Chapter 11 Cases of the Debtors be, and hereby is, jointly administered by the Court for procedural purposes only. Nothing contained in this Order shall be deemed or construed as directing or otherwise effecting any substantive consolidation of any of the Chapter 11 Cases.

46025040

3. The caption of the jointly administered cases shall read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| VIEW, INC., *et al.,* | Case No. 24-10692 (CTG) |
| Debtors.[1] | (Jointly Administered) |

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: View, Inc. (5065), View Operating Corporation (4899), and Iotium, Inc. (4600). The Debtors' corporate headquarters is 6280 America Center Drive, Suite 200, San Jose, CA 95002.

4. Each motion, application, and notice shall be captioned as indicated in the preceding decretal paragraph and all pleadings and other documents to be filed and docketed in the jointly-administered cases shall be filed and docketed in the case of View, Inc., Case No. 24-10692 (CTG).

5. A docket entry shall be made in each of the Debtors' Chapter 11 Cases other than the case of View, Inc. substantially as follows:

> An order has been entered in this case consolidating this case with the case of View, Inc., Case No. 24-10692 (CTG), for procedural purposes only and providing for its joint administration in accordance with the terms thereof. The docket in Case No. 24-10692 (CTG) should be consulted for all matters affecting this case.

6. The Debtors are authorized to take all actions necessary to implement the relief granted in this Order.

7. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: April 4th, 2024
Wilmington, Delaware

**CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE**

46025040